WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrien Joshua Espinoza, | No. CV-16-00561-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Stevens, et al., | |
| Defendants. | |

Defendants' Motion for Summary Judgment is fully briefed and taken under advisement. (Order (Doc. 63)).

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 66) seeking appointment of counsel and complaining about Defendants hindering litigation of this and other cases is DENIED.

**IT IS FURTHER ORDERED** that within 7 days of the filing date of this Order the Defendants shall file a Notice of Compliance with the directives of this Court given on July 5, 2019, (Doc. 63) to provide copies of documents to the Plaintiff.

Dated this 25th day of July, 2019.

Honorable David C. Bury
United States District Judge